


# MEMORANDUM

**The City of**
## OKLAHOMA CITY

**Department of Court Administration**
**Court Services Division**

**TO:** All Court Services Employees

**FROM:** Leigh Booth
Unit Operations Supervisor

**DATE:** June 4, 2007

**SUBJECT:** Selection of Unit Operations Leader

I am pleased to announce the promotion of Melissa Jackson to unit operations leader in the Court Services Division. Ms. Jackson's experience as a court clerk, coupled with her previous supervisory experience, provide her with the knowledge and background necessary to move up and assume these new responsibilities.

Please join me in congratulating Melissa and wishing her well as she takes on this new challenge!

cc: Stacey Davis, Director
Municipal Judges
Municipal Courts Division Heads

