

# MEMORANDUM

**The City of**
# OKLAHOMA CITY
**Department of Court Administration**
**Court Services Division**

**TO:** All Court Services Employees

**FROM:** Leigh Booth
Unit Operations Supervisor

**DATE:** August 3, 2010

**SUBJECT:** Selection of Records Coordinator

I am pleased to announce the selection of Melissa Jackson as records coordinator in the Court Services Division. With a background as a court clerk and unit operations leader, Melissa is equipped and prepared to take on this new challenge. Please join me in congratulating Melissa on her promotion.

In the coming weeks, a vacancy announcement will be posted so that a new unit operations leader may be selected. Until a selection is made, Rock Holland will be acting in the UOL position.

Please let me know if you have questions, or need additional assistance during this transitional period.


cc: Stacey Davis, Director
Municipal Judges
Municipal Courts Division Heads



EXHIBIT 2