

# MEMORANDUM
## The City of
## OKLAHOMA CITY

TO: Court Services Employees

FROM: Becca Jessop
Court Services Manager

DATE: November 3, 2011

SUBJECT: Organizational Changes and Staff Assignments

As our Department continues to work toward the development and implementation of the new computer system to replace ACES, it is necessary to realign both staff and assignments in the Court Services Division. Melissa Jackson was previously selected as a member of the application team for her knowledge in the areas of bonds, courtroom activities, data quality and court scheduling activities and is now being called upon on a full-time schedule to work with the system vendors on process analysis, data quality and review. Due to the committment needed to successfully transition from ACES to a new system, Ms. Jackson will be unavailable to perform her current duties. The following reassignments are being made to allow us to function adequately during Melissa's absence.

These reassignments are effective November 7, 2011:

- Rock Holland, Unit Operations Leader, will continue to supervise the Court Clerk Section and will take the additional duties of expungments, officer scheduling and will assist with ACES maintenance and quality control.
- Melissa Meredith, Unit Operations Leader, will continue to supervise information services, warrant processing, and driver's license suspensions and take on the additional duties of personnel management for the records section, and quality control.

Please afford these supervisors your respect as we make this transition as successful and fulfilling as possible.

Thank you for your support.

pc: Court Administration
Judicial Staff
Division Managers
Prosecution Division

EXHIBIT 6