# AFFIDAVIT OF BECCA FIELD-JESSOP

| | |
|---|---|
| **STATE OF OKLAHOMA** | ) |
| | ) SS: |
| **COUNTY OF OKLAHOMA** | ) |

Affiant, Becca Field-Jessop, of lawful age and being first sworn upon oath, attests as follows:

1. I am employed by The City of Oklahoma City and have been so employed since April 24, 1992. I was promoted to the Court Services Manager position of the Department of Municipal Courts and have held that position since November 12, 2010.

2. I supervised Melissa Jackson in her capacity as a Unit Operations Leader. I completed her performance evaluation on January 30, 2012, and she received fully competent scores resulting in a pay increase. An essential function of her job was to be a member of the INCODE computer system upgrade team and that is reflected in her performance evaluation.

3. Plaintiff was an integral member of the upgrade team as she was extremely knowledgeable in both our in-court processes and our office procedures including bonds, and records management. Jackson was relieved of her Unit Operations Leader duties on November 7, 2011, and assigned to work with INCODE system vendors on process analysis, data quality and review.

4. Plaintiff attended a meeting regarding the INCODE computer upgrade prior to going on FMLA on November 9, 2011.

5. While Plaintiff was on FMLA from November 29, 2011 to January 30, 2012, her work and supervisory responsibilities were performed by either Rock Holland, Melissa Meredith, or myself.

6. When Plaintiff returned to work on January 30, 2012, I advised her that she would continue to be sitting in on the meetings with the INCODE Consultant who was in from Houston.

7. On January 30, 2012, Plaintiff submitted two vacation Leave Request cards to me for all day February 23 and 24, 2012 and all day March 23, 2012. I followed up with an email requesting additional information about the time and length of her appointments. I never asked about the nature of the appointments. My only concern was that she not miss the meetings if she


EXHIBIT 7

could reschedule her appointments or schedule the appointments around the meeting times.

8. Plaintiff then advised me by email that she was canceling her request for vacation leave and requesting sick leave. I advised her that the sick leave would be approved if she had enough sick leave to cover the time off. Again, I did not inquire about the nature of the doctor's appointments.

9. Plaintiff called in to work on February 22, 23 and 24. She did not have sick leave to cover the absences and I advised her each day that her leave was unauthorized, because of the need for her to be at the office with the upgrade team.

**FURTHER AFFIANT SAYETH NOT.**

DATED this 29th day of May, 2013

Becca Field Jessop, Court Services Manager
Department of Municipal Courts
The City of Oklahoma City

**SUBSCRIBED AND SWORN** to before me on this 29th day of May, 2013.

CHRISTINE FOGT
Notary Public
State of Oklahoma
Commission # 10006098  Expires 07/29/14

Christine Fogt
Notary Public

My Commission Expires:

07/29/14

Affidavit of Becca Field Jessop
Page 2 of 2 Pages