# THE CITY OF OKLAHOMA CITY
## Management, Administrative & Technical Support Positions (Pay Grades 501-515)
### Performance Evaluation Form

Employee Name __Melissa Jackson__    Job Title __Records Coordinator I__

Employee Identification # __27101__    Department/Division __Municipal Courts / Administration__

Reviewer __Becca Jessop__    Review Period  From __6/15/10__   To __6/14/11__

### GENERAL INSTRUCTIONS:

Review and evaluate the employee's overall job performance during the specified review period. Part I includes eleven (11) Performance Factors that are to be rated for all employees on the management pay plan (grades 501 - 515), where applicable. Using the numerical performance rating scale below, check the box that best indicates your evaluation of the employee's performance in each factor. It is recommended that supporting comments be included in the reviewer comments area. Please check only one (1) rating for each factor. If a performance factor does not apply, you should check the N/A box and explain in the reviewer comment area why the factor does not apply. *Ratings of 1 or 2 require specific explanation. Part II is used to evaluate Other Factors/Performance Measures that have been agreed upon as important by the employee and supervisor for the applicable review period. Use Part III to list Other Factors/Performance Measures for the next review year. The total ratings for Part I and Part II will be averaged to determine the overall performance rating. The supervisor must review the appraisal with the employee to provide feedback on job performance and communicate expectations.

### PERFORMANCE RATING SCALE:

| Ratings | Rating Scale Terms | Performance Rating Scale Definitions |
|---|---|---|
| *1 | Unsatisfactory | Work is unacceptable. |
| *2 | Conditional | Work is frequently unacceptable. Immediate improvement is necessary. |
| 3 | Acceptable | Performance is regarded as average, but some areas require improvement. |
| 4 | Fully Competent | Consistently meets full requirements of the job. |
| 5 | Commendable | Exceeds full requirements of the job. |
| 6 | Superior | Job performance is exceptional. Results consistently exceed supervisor's expectations. |
| N/A | Not Applicable | Inappropriate to rate or not an observed performance factor. |

### EXAMPLE:

| PERFORMANCE FACTORS | 1-Unsatisfactory 2-Conditional 3-Acceptable 4-Fully Competent 5-Commendable 6-Superior N/A - Not Applicable | | | | | | | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | N/A | |
| 1. **JOB KNOWLEDGE**: How well does the employee demonstrate an understanding of all aspects of the job and apply accrued knowledge in carrying out duties? Consider the degree of technical knowledge and skill in the techniques, equipment, and procedures required to perform the job. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | *Incumbent has consistently demonstrated a comprehensive understanding of the primary duties and responsibilities of the job.* |


EXHIBIT 8

**Employee Name:** Melissa Jackson     **ID#** 27101     **Job Title:** Records Coordinator I

**Part I: PERFORMANCE EVALUATION**     **Review Period: From** 6/15/10 **To** 6/14/11

**Note:** Please refer to current job records and performance data and be objective during your evaluation of the employee. Consider the full rating period and complete the appraisal in a thorough manner. Check one (1) rating box for each factor.

| PERFORMANCE FACTORS | 1-Unsatisfactory | 2 | 3-Acceptable | 4-Fully Competent | 5-Commendable | 6-Superior | N/A - Not Applicable | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|
| **1. JOB KNOWLEDGE:** How well does the employee demonstrate an understanding of all aspects of the job and apply accrued knowledge in carrying out duties? Consider the degree of technical knowledge and skill the techniques, equipment, and procedures required to perform the job. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Melissa possesses a strong knowledge of the court and of the existing court system ACES. It was largely this knowledge which lead to her promotion into this position last year. As she progresses with her new assignments her technical knowledge and skill level will continue to grow. |
| **2. WORK QUALITY:** How effective is the employee at performing duties and tasks in an accurate, complete and responsible manner? What degree of checking and redoing of work is necessary to obtain the expected quality? Consider the reliability, usefulness and thoroughness of employee's work products. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Melissa recognizes the importance of accuracy and is very systematic in verifying the quality of the department's contracted data entry process. She is thorough in reviewing the application of cases to the system and can be depended upon to identify problems requiring resolution. |
| **3. INITIATIVE & CREATIVITY:** To what extent is the employee receptive to new ideas, improved processes, and growth? Does the employee demonstrate willingness to engage in creative thinking and problem solving? Consider the degree of initiative displayed in performing work. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Melissa does well in self-directing and self-pacing. She frequently takes action without being asked. In the months to come, Melissa will need to actively demonstrate her abilities to use creative thinking and problem solving as we analyze processes for our new computer system. |
| **4. INTERPERSONAL RELATIONS:** Consider how well the employee interacts and works harmoniously with supervisor, co-workers, outside agencies, and the public. Does the employee demonstrate ability to resolve conflicts or concerns in a constructive and respectful manner? How effectively does the employee work as part of a team to accomplish tasks and provide services? | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Melissa is new in the records division and has a responsibility to lead the group and build successful working relationships within the division, as well as with her peers and outside agencies. I would like to see Melissa make every effort to overcome obstacles and work harmoniously with others throughout the year. |
| **5. DEPENDABILITY:** How effective is the employee at completing work property and timely? Does the employee maintain regular work attendance and make sound work-related decisions? Consider the employee's promptness, availability, responsiveness, and reliability when performing assigned duties. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | During this reporting period Melissa was consistent, dependable and accurate in carrying out her responsibilities to a successful conclusion. She displayed self discipline as well as a strong personal commitment to successfully completing daily tasks. Melissa only used 4 hours of sick leave during this reporting period. |
| **6. COMMUNICATION:** How effectively does the employee exchange information with the public and co-workers? Does the employee listen, understand, and respond in a useful, tactful and honest manner? Consider extent to which written communication is clear, concise, and contains all necessary information. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Melissa communicates clearly, concisely and with confidence. Melissa should strive to remain open minded and give thoughtful consideration to situations before forming and voicing her opinions. |

Employee Name: **Melissa Jackson**     ID# **27101**     Job Title: **Records Coordinator I**

Part I: PERFORMANCE EVALUATION (Cont.)     Review Period: From **6/15/10** To **6/14/11**

Rating scale:
- 1-Unsatisfactory
- 2-Conditional
- 3-Acceptable
- 4-Fully Competent
- 5-Commendable
- 6-Superior
- N/A - Not Applicable

| PERFORMANCE FACTORS | 1 | 2 | 3 | 4 | 5 | 6 | N/A | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|
| 7. **POLICY COMPLIANCE:** How well does the employee demonstrate willingness to comply with organizational and departmental/divisional policies and procedures, as well as regulations and practices governing the field of work? Consider extent to which employee follows safety policies and practices, code of conduct, ethics, and fraud intolerance policy, and policy prohibiting illegal discrimination and harassment. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Melissa is very familiar with Municipal Court and City policies and procedures. I would like to see improvement in regard to allowing personal matters, telephone calls and personal issues interfere with personnel/departmental work performance. It should be noted that although her personal performance may not be affected, her availability to others can be. In addition, as a supervisor, Melissa should remember that she is expected to set an example. |
| 8. **PLANNING & ORGANIZING WORK:** How effective is the employee at planning and organizing to ensure tasks are accomplished in a timely manner? Does the employee demonstrate ability to prioritize effectively? How proficient is the employee in managing his/her work and developing plans for future action? | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Melissa displays consistent, logical, and orderly thinking in her work. She demonstrates an organized approach to the job and leaves good instructions for her staff when she is planning to be out of the office. |
| 9: **PERFORMANCE RESULTS:** How effective is the employee in completing work, meeting targets, and delivering services in accordance with the operation's priorities and performance measures? Consider the efficient use of time, assets, and other resources. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Melissa is aware of the performance standards which have been established for the records division. She strives to ensure that contract deadlines are met. |
| 10. **WORKING INDEPENDENTLY:** How well does the employee work on his/her own with minimal supervision and direction? How effective is the employee at solving problems and making appropriate decisions at the employee level? Consider extent to which the employee independently moves to next task or follows assignments through to completion. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Melissa consistently produces quality work under minimal supervision. She works well independently and frequently exercises appropriate self direction. |
| 11. **SUPERVISION:** How effective is the employee in resolving issues that arise in the unit's work plans, activities and schedules and/or motivating others to accomplish tasks while maintaining team unity? Consider effectiveness in delegating work, training and development, performance evaluation, discipline, team building, and other supervisory functions. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Melissa supervises effectively in matters related to delegating work and managing tasks. She also does an excellent job writing performance evaluations. I would however like to see Melissa broaden her managerial techniques to more of a leadership style in order to bring out the positive attributes of her staff. |

| Unsatisfactory (1 pt each) | Conditional (2 pts each) | Acceptable (3 pts each) | Fully Competent (4 pts each) | Commendable (5 pts each) | Superior (6 pts each) |
|---|---|---|---|---|---|
| Pt Total: 1X = | Pt Total: 2X = | Pt Total: 3X = | Pt Total: 4X   5 = 20 | Pt Total: 5X   6 = 30 | Pt Total: 6X   0 = 0 |

Instructions: Sum the checks for each rating and multiply by the respective point values. Divide the total points (66 possible) by the total checks to obtain the Part 1 rating.

Example: Fully Competent Total (4X5=20) + Commendable Total (5X4=20) + Superior Total (6X2=12) = 52 Total Points/11 = Part 1 rating of 4.73 (Fully Competent)

Total Points: **50** / Total Factors Rated **11** = **4.5455** Part 1 Total Rating **4.54**

<sub>Employee Name:</sub> Melissa Jackson    ID# 27101    Job Title: Records Coordinator I

Review Period: From 6/15/10    To 6/14/11

## Part II: OTHER FACTORS/PERFORMANCE MEASURERS BEING EVALUATED

**Instructions:** Review the Other Factors/Performance Measures agreed upon for the rating period, and rate the employee's performance. When completing this section, consider the assignment's degree of completion and whether some goals could not be attained during the review period due to documented factors that are outside the employee's control. The weights given must total 100%.

Part II Rating
Formula: Rating x Weight (%) = Total
1-Unsatisfactory    2-Conditional
3-Acceptable    4-Fully Competent
5-Commendable    6-Superior

| Other Factors/Performance Measures | 1 | 2 | 3 | 4 | 5 | 6 | Weight % | Total |
|---|---|---|---|---|---|---|---|---|
| **Example:** Collects and accurately inputs on a monthly basis, data pertaining to the number and types of policy violation complaints received for LFR reporting. | | | | | | | | |
| 1 Meets regularly with work group to ensure that changes in policy and procedure are communicated and understood. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | 25.00% | 1.25 |
| 2 Provide support and coverage to other divisional supervisors to maintain continuity of operations. Demonstrate leadership to other divisional team members. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | 25.00% | 1 |
| 3 Works with other divisional staff members to improve relationships with other divisions within the department. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | 25.00% | 1 |
| 4 Provide assistance with the documentation and development of business processes on the computer project team. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | 25.00% | 1 |
| 5 | ☐ | | | | | | | |
| | | | | | | | 100.00% | |

**Instructions:** To arrive at the total rating for Part II, multiply the rating for each performance measure by the weight (%) given and add the sum total.
**Example:** If Part II includes four (4) performance measures with ratings of 5, 4, 4, and 5 and each performance measure is weighted equally at 25%. (5 x 25% = 1.25, 4 x 25% = 1.00, 4 x 25% = 1.00, 5 x 25% = 1.25) the sum total of Part II rating is 4.50 (Fully Competent).

**Part II Rating Total:** 4.25

<sub>Rev. 06/07</sub>

4

<sub>Case 5:12-cv-01164-W Document 17-8 Filed 06/03/13 Page 4 of 5</sub>

**Employee Name:** Melissa Jackson    **ID#** 27101    **Job Title:** Records Coordinator I

**Review Period: From** 6/15/10 **To** 6/14/11

## Part III: OTHER FACTORS/PERFORMANCE MEASURERS - FOR NEXT REVIEW

**Instructions:** The supervisor and employee should list specific performance measures to be reviewed during the next evaluation period, establish reasonable target completion dates and the relative weight (importance) to be given to individual performance measures. The weights given must total 100%.

| | Other Factors/Performance Measures | Weight % | Target Completion Date |
|---|---|---|---|
| 1 | Provide assistance with the documentation and development of business processes on the computer project team. | 75% | |
| 2 | Provide support and coverage to other divisional supervisors to maintain continuity of operations. Demonstrate leadership to other divisional team members. | 25% | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | 100% | |

### OVERALL EVALUATION RATING

Part I - Performance Factors    **Rating:** 4.54
Part II - Other Factors/Performance Measures    **Rating:** 4.25
Total Part I and Part II:    8.79   / 2 = **OVERALL RATING:** 4.40

**Supervisor's or Employee's Comments (If needed, attach additional sheet):**

_____ **Date:** 1-30-12   **Reviewer Signature** _____ **Date:** 1/30/12

**Employee Signature:** _____

Note: A signature certifies that the employee had the opportunity to review and discuss the appraisal with the evaluator, but does not necessarily indicate that the employee agrees with the appraisal.