IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MELISSA JACKSON,                        )
                                        )
                Plaintiff,              )
                                        )
v.                                      )          CIV-12-1164
                                        )
CITY OF OKLAHOMA CITY,                  )
                                        )
                Defendant.              )


**EXHIBIT 10 IS FILED UNDER SEAL PURSUANT TO COURT ORDER**