## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 9/01/2011 - 2/29/2012 | Data Up to Date: | 4/26/2013 10:44:06 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 4/26/2013 10:44:06 AM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: | deborah.clinton |
| | | Insert Page Break After Each Employee: | No |

| Employee: | JACKSON, MELISSA R | ID: 27101 | Time Zone: Central |
|---|---|---|---|
| Status: | Terminated | Status Date: 2/18/2012 | Pay Rule: FTPP60 |
| Primary Account | | Start | End |
| OKC/COURT/1000600/MNE/COURT2/48014/999 | | 6/29/2007 | 10/14/2011 |
| OKC/COURT/1000600/MNG/COURT2/48014/999 | | 10/14/2011 | Forever |

**EXHIBIT 14**

| Date | Apply To Xfr/Move Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9/1/2011 | | 7:06:00 AM | EV | 3:59:00 PM | EV | | | 8:00 | 8:00 |
| 9/2/2011 | | 7:07:00 AM | EV | 1:52:00 PM | CD, EV | | | 6:45 | 14:45 |
| 9/2/2011 | CMP - Comp Time Usage | | | | | | 1:15 | | 16:00 |
| 9/5/2011 | LABOR DAY | | | | | | 8:00 | | 24:00 |
| 9/6/2011 | | 7:05:00 AM | EV | 4:03:00 PM | EV | | | 8:00 | 32:00 |
| 9/7/2011 | | 7:04:00 AM | EV | 8:48:00 AM | EV | | | 1:45 | 33:45 |
| 9/7/2011 | | 11:04:00 AM | LV | 4:13:00 PM | CD, EV | | | 5:15 | 39:00 |
| 9/7/2011 | CMP - Comp Time Usage | | | | | | 1:00 | | 40:00 |
| 9/8/2011 | | 7:07:00 AM | EV | 4:05:00 PM | EV | | | 8:00 | 48:00 |
| 9/9/2011 | | 7:07:00 AM | EV | 4:03:00 PM | EV | | | 8:00 | 56:00 |
| 9/12/2011 | | 7:14:00 AM | EV | 4:29:00 PM | EV | | | 8:15 | 64:15 |
| 9/12/2011 | CMA - Comp Time Accrual Code 1.5 | | | | | | 0:15 | | |
| 9/13/2011 | | 7:07:00 AM | EV | 4:10:00 PM | EV | | | 8:15 | 72:30 |
| 9/13/2011 | CMA - Comp Time Accrual Code 1.5 | | | | | | 0:15 | | |
| 9/14/2011 | | 7:05:00 AM | EV | 4:07:00 PM | EV | | | 8:00 | 80:30 |
| 9/15/2011 | | 7:05:00 AM | EV | 4:03:00 PM | EV | | | 8:00 | 88:30 |
| 9/16/2011 | | 7:12:00 AM | EV | 4:21:00 PM | EV | | | 8:00 | 96:30 |
| 9/19/2011 | | 7:06:00 AM | EV | 4:11:00 PM | EV | | | 8:15 | 104:45 |
| 9/19/2011 | CMS - Comp Time Straight | | | | | | 0:15 | | |
| 9/20/2011 | | 7:15:00 AM | EV | 4:16:00 PM | EV | | | 8:00 | 112:45 |
| 9/21/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 120:45 |
| 9/22/2011 | | 10:09:00 PM | | 11:40:00 PM | | | | 1:30 | 122:15 |
| 9/22/2011 | VAC - Vacation Pay | | | | | | 6:30 | | 128:45 |
| 9/23/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 136:45 |
| 9/26/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 144:45 |
| 9/27/2011 | | 7:05:00 AM | EV | 4:07:00 PM | EV | | | 8:00 | 152:45 |
| 9/28/2011 | | 7:10:00 AM | EV | 4:16:00 PM | EV | | | 8:00 | 160:45 |
| 9/29/2011 | | 7:13:00 AM | EV | 4:15:00 PM | EV | | | 8:00 | 168:45 |
| 9/30/2011 | | 7:09:00 AM | EV | 4:22:00 PM | EV | | | 8:00 | 176:45 |
| 10/3/2011 | | 7:09:00 AM | EV | 4:09:00 PM | EV | | | 8:00 | 184:45 |

**Time Detail**

| | |
|---|---|
| Time Period: | 9/01/2011 – 2/29/2012 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual and adjusted / historical hours |

| | |
|---|---|
| Data Up to Date: | 4/26/2013 10:44:06 AM |
| Executed on: | 4/26/2013 10:44:06 AM |
| Printed for: | deborah.clinton |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc | Money Amount Xfr Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/4/2011 | | 7:09:00 AM | EV | 4:16:00 PM | EV | | | 8:00 | 192:45 |
| 10/5/2011 | | 7:10:00 AM | EV | 4:15:00 PM | EV | | | 8:00 | 200:45 |
| 10/6/2011 | | 7:12:00 AM | EV | 4:22:00 PM | EV | | | 8:00 | 208:45 |
| 10/7/2011 | CMP - Comp Time Usage | | | | | | 1:18 | | 210:03 |
| 10/7/2011 | VAC - Vacation Pay | | | | | | 6:42 | | 216:45 |
| 10/10/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 224:45 |
| 10/11/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 232:45 |
| 10/12/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 240:45 |
| 10/13/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 248:45 |
| 10/14/2011 | VAC - Vacation Pay | | | | | | 8:00 | | 256:45 |
| 10/17/2011 | | 6:59:00 AM | | | MO | | | 0:00 | 256:45 |
| 10/17/2011 | REG - Regular | | | | | | | 8:00 | 264:45 |
| 10/18/2011 | REG - Regular | | | | | | | 8:00 | 272:45 |
| 10/19/2011 | REG - Regular | | | | | | | 3:30 | 276:15 |
| 10/19/2011 | SCK - Sick Leave | | | | | | | 4:30 | 280:45 |
| 10/20/2011 | REG - Regular | | | | | | | 0:30 | 281:15 |
| 10/20/2011 | SCK - Sick Leave | | | | | | | 7:30 | 288:45 |
| 10/21/2011 | REG - Regular | | | | | | | 8:00 | 296:45 |
| 10/24/2011 | REG - Regular | | | | | | | 8:00 | 304:45 |
| 10/25/2011 | REG - Regular | | | | | | | 8:00 | 312:45 |
| 10/26/2011 | REG - Regular | | | | | | | 8:00 | 320:45 |
| 10/27/2011 | REG - Regular | | | | | | | 8:00 | 328:45 |
| 10/28/2011 | REG - Regular | | | | | | | 8:00 | 336:45 |
| 10/31/2011 | REG - Regular | | | | | | | 8:00 | 344:45 |
| 11/1/2011 | REG - Regular | | | | | | | 8:00 | 352:45 |
| 11/2/2011 | REG - Regular | | | | | | | 8:00 | 360:45 |
| 11/3/2011 | REG - Regular | | | | | | | 8:00 | 368:45 |
| 11/4/2011 | REG - Regular | | | | | | | 0:30 | 369:15 |
| 11/4/2011 | SCK - Sick Leave | | | | | | | 7:30 | 376:45 |
| 11/7/2011 | SCK - Sick Leave | | | | | | | 8:00 | 384:45 |
| 11/8/2011 | REG - Regular | | | | | | | 0:00 | 384:45 |
| 11/8/2011 | SCK - Sick Leave | | | | | | | 8:00 | 392:45 |
| 11/9/2011 | REG - Regular | | | | | | | 8:00 | 400:45 |
| 11/10/2011 | REG - Regular | | | | | | | 4:45 | 405:30 |
| 11/10/2011 | SCK - Sick Leave | | | | | | | 3:15 | 408:45 |
| 11/11/2011 | VETERAN'S DAY | | | | | | | 8:00 | 416:45 |
| 11/14/2011 | REG - Regular | | | | | | | 0:00 | 416:45 |
| 11/14/2011 | SCK - Sick Leave | | | | | | | 8:00 | 424:45 |
| 11/15/2011 | SCK - Sick Leave | | | | | | | 8:00 | 432:45 |
| 11/16/2011 | SCK - Sick Leave | | | | | | | 8:00 | 440:45 |
| 11/17/2011 | SCK - Sick Leave | | | | | | | 8:00 | 448:45 |
| 11/18/2011 | SCK - Sick Leave | | | | | | | 8:00 | 456:45 |
| 11/21/2011 | SCK - Sick Leave | | | | | | | 8:00 | 464:45 |
| 11/22/2011 | SCK - Sick Leave | | | | | | | 8:00 | 472:45 |
| 11/23/2011 | SCK - Sick Leave | | | | | | | 8:00 | 480:45 |
| 11/24/2011 | THANKSGIVING DAY | | | | | | | 8:00 | 488:45 |
| 11/25/2011 | FRIDAY AFTER THANKSGIVING | | | | | | | 8:00 | 496:45 |
| 11/28/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 504:45 |
| 11/28/2011 | REG - Regular | | | | | | | 0:00 | 504:45 |
| 11/29/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 512:45 |
| 11/30/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 520:45 |
| 12/1/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 528:45 |
| 12/2/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 536:45 |
| 12/5/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 544:45 |
| 12/6/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 552:45 |
| 12/7/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 560:45 |
| 12/8/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 568:45 |
| 12/9/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 576:45 |
| 12/12/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 584:45 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 9/01/2011 - 2/29/2012 | Data Up to Date: | 4/26/2013 10:44:06 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 4/26/2013 10:44:06 AM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: | deborah.clinton |
| | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move Account | Apply To | In Punch | In Exc Comment | Out Punch | Out Exc Xfr Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 592:45 |
| 12/14/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 600:45 |
| 12/15/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 608:45 |
| 12/16/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 616:45 |
| 12/19/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 624:45 |
| 12/20/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 632:45 |
| 12/21/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 640:45 |
| 12/22/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 648:45 |
| 12/23/2011 | CHRISTMAS EVE | | | | | | | 8:00 | 656:45 |
| 12/26/2011 | CHRISTMAS DAY | | | | | | | 8:00 | 664:45 |
| 12/27/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 672:45 |
| 12/28/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 680:45 |
| 12/29/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 688:45 |
| 12/30/2011 | FMS - FMLA Sick | | | | | | | 8:00 | 696:45 |
| 1/2/2012 | NEW YEAR'S DAY | | | | | | | 8:00 | 704:45 |
| 1/3/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 712:45 |
| 1/4/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 720:45 |
| 1/5/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 728:45 |
| 1/6/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 736:45 |
| 1/9/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 744:45 |
| 1/10/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 752:45 |
| 1/11/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 760:45 |
| 1/12/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 768:45 |
| 1/13/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 776:45 |
| 1/16/2012 | MARTIN LUTHER KING DAY | | | | | | | 8:00 | 784:45 |
| 1/17/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 792:45 |
| 1/18/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 800:45 |
| 1/19/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 808:45 |
| 1/20/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 816:45 |
| 11/24/2011 | FMH - FMLA Holiday Pay(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/25/2011 | FMH - FMLA Holiday Pay(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 12/23/2011 | FMH - FMLA Holiday Pay(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 12/26/2011 | FMH - FMLA Holiday Pay(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 1/2/2012 | FMH - FMLA Holiday Pay(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 1/16/2012 | FMH - FMLA Holiday Pay(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 10/19/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 4:30 | | |
| | | | Corrected Pay Code | | | | | | |
| 10/20/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 7:30 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/4/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 7:30 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/7/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |

# Time Detail

| | |  | |
|---|---|---|---|
| Time Period: | 9/01/2011 - 2/29/2012 | Data Up to Date: | 4/26/2013 10:44:06 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 4/26/2013 10:44:06 AM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: | deborah.clinton |
| | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/10/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 3:15 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/14/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/15/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/16/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/17/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/18/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/21/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/22/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 11/23/2011 | FMS - FMLA Sick(adj) (effective date: 1/20/2012) | | | | | | 8:00 | | |
| | | | Corrected Pay Code | | | | | | |
| 1/23/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 824:45 |
| 1/24/2012 | FMS - FMLA Sick | | | | | | | 8:00 | 832:45 |
| 1/25/2012 | FMS - FMLA Sick | | | | | | | 5:00 | 837:45 |
| 1/25/2012 | FMV - FMLA Vacation | | | | | | | 3:00 | 840:45 |
| 1/26/2012 | FMV - FMLA Vacation | | | | | | | 8:00 | 848:45 |
| 1/27/2012 | FMV - FMLA Vacation | | | | | | | 8:00 | 856:45 |
| 1/30/2012 | FMV - FMLA Vacation | | | | | | | 3:00 | 859:45 |
| 1/30/2012 | REG - Regular | | | | | | | 5:00 | 864:45 |
| 1/31/2012 | REG - Regular | | | | | | | 8:00 | 872:45 |
| 2/1/2012 | REG - Regular | | | | | | | 8:00 | 880:45 |
| 2/2/2012 | REG - Regular | | | | | | | 8:00 | 888:45 |
| 2/3/2012 | REG - Regular | | | | | | | 8:00 | 896:45 |
| 2/6/2012 | REG - Regular | | | | | | | 8:00 | 904:45 |
| 2/7/2012 | REG - Regular | | | | | | | 8:00 | 912:45 |
| 2/8/2012 | REG - Regular | | | | | | | 8:00 | 920:45 |
| 2/9/2012 | REG - Regular | | | | | | | 8:00 | 928:45 |
| 2/10/2012 | REG - Regular | | | | | | | 8:00 | 936:45 |
| 2/13/2012 | REG - Regular | | | | | | | 7:30 | 944:15 |
| 2/13/2012 | VAC - Vacation Pay | | | | | | | 0:30 | 944:45 |
| 2/14/2012 | REG - Regular | | | | | | | 8:00 | 952:45 |
| 2/15/2012 | REG - Regular | | | | | | | 8:00 | 960:45 |
| 2/16/2012 | REG - Regular | | | | | | | 8:00 | 968:45 |
| 2/17/2012 | REG - Regular | | | | | | | 8:00 | 976:45 |
| 2/20/2012 | SCK - Sick Leave | | | | | | | 8:00 | 984:45 |
| 2/21/2012 | AWL - Absent Without Leave | | Unauthorized | | | | | 6:00 | 990:45 |
| 2/21/2012 | SCK - Sick Leave | | | | | | | 2:00 | 992:45 |
| 2/22/2012 | AWL - Absent Without Leave | | Unauthorized | | | | | 8:00 | 1000:45 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 9/01/2011 - 2/29/2012 | Data Up to Date: | 4/26/2013 10:44:06 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 4/26/2013 10:44:06 AM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: | deborah.clinton |
| | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/23/2012 | AWL - Absent Without Leave | | | | | | | 8:00 | 1008:45 |
| | *Unauthorized* | | | | | | | | |
| 2/24/2012 | AWL - Absent Without Leave | | | | | | | 8:00 | 1016:45 |
| | *Unauthorized* | | | | | | | | |
| 2/27/2012 | AWL - Absent Without Leave | | | | | | | 8:00 | 1024:45 |
| 2/28/2012 | AWL - Absent Without Leave | | | | | | | 8:00 | 1032:45 |
| 2/29/2012 | AWL - Absent Without Leave | | | | | | | 8:00 | 1040:45 |

| Labor Account Summary | Pay Code | Money | Hours |
|---|---|---|---|
| OKC/COURT/1000600/MNE/COURT2/48014/999 | | | |
| | CMA - Comp Time Accrual Code 1.5 | | 0:30 |
| | CMP - Comp Time Usage | | 3:33 |
| | CMS - Comp Time Straight | | 0:15 |
| | HOL - Holiday Pay | | 8:00 |
| | OTP - Overtime Pay | | 0:00 |
| | REG - Regular | | 167:15 |
| | TOTAL | | 248:45 |
| | TOTAL OVERTIME | | 0:00 |
| | VAC - Vacation Pay | | 69:12 |
| OKC/COURT/1000600/MNG/COURT2/48014/999 | | | |
| | AWL - Absent Without Leave | | 54:00 |
| | FMH - FMLA Holiday Pay | | 48:00 |
| | FMS - FMLA Sick | | 411:45 |
| | FMV - FMLA Vacation | | 22:00 |
| | HOL - Holiday Pay | | 8:00 |
| | REG - Regular | | 229:45 |
| | SCK - Sick Leave | | 10:00 |
| | TOTAL | | 792:00 |
| | VAC - Vacation Pay | | 8:30 |

| Combined Pay Code Summary | Pay Code | Money | Hours |
|---|---|---|---|
| | TOTAL | | 1040:45 |
| | TOTAL OVERTIME | | 0:00 |
| **Totals:** | | $0.00 | 1040:45 |

| Pay Code Summary | Pay Code | Money | Hours |
|---|---|---|---|
| | AWL - Absent Without Leave | | 54:00 |
| | CMA - Comp Time Accrual Code 1.5 | | 0:30 |
| | CMP - Comp Time Usage | | 3:33 |
| | CMS - Comp Time Straight | | 0:15 |
| | FMH - FMLA Holiday Pay | | 48:00 |
| | FMS - FMLA Sick | | 411:45 |
| | FMV - FMLA Vacation | | 22:00 |
| | HOL - Holiday Pay | | 16:00 |
| | OTP - Overtime Pay | | 0:00 |
| | REG - Regular | | 397:00 |
| | SCK - Sick Leave | | 10:00 |
| | VAC - Vacation Pay | | 77:42 |
| **Totals:** | | $0.00 | 1040:45 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 9/01/2011 - 2/29/2012 | Data Up to Date: | 4/26/2013 10:44:06 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 4/26/2013 10:44:06 AM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: | deborah.clinton |
| | | Insert Page Break After Each Employee: | No |

| Combined Pay Code Summary | | Money | Hours |
|---|---|---|---|
| | TOTAL | | 1040:45 |
| | TOTAL OVERTIME | | 0:00 |
| **Totals:** | | $0.00 | 1040:45 |

| Pay Code Summary | | Money | Hours |
|---|---|---|---|
| | AWL - Absent Without Leave | | 54:00 |
| | CMA - Comp Time Accrual Code 1.5 | | 0:30 |
| | CMP - Comp Time Usage | | 3:33 |
| | CMS - Comp Time Straight | | 0:15 |
| | FMH - FMLA Holiday Pay | | 48:00 |
| | FMS - FMLA Sick | | 411:45 |
| | FMV - FMLA Vacation | | 22:00 |
| | HOL - Holiday Pay | | 16:00 |
| | OTP - Overtime Pay | | 0:00 |
| | REG - Regular | | 397:00 |
| | SCK - Sick Leave | | 10:00 |
| | VAC - Vacation Pay | | 77:42 |
| **Totals:** | | $0.00 | 1040:45 |

Total Number of Employees: 1