IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV-12-1164 |
| ) | |
| CITY OF OKLAHOMA CITY, ) | |
| ) | |
| Defendant. ) | |

**EXHIBIT 16 IS FILED UNDER SEAL PURSUANT TO COURT ORDER**