IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |  | |
|---|---|---|---|
| MELISSA JACKSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CIV-12-1164 | |
| | ) | | |
| CITY OF OKLAHOMA CITY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**EXHIBIT 19 IS FILED UNDER SEAL PURSUANT TO COURT ORDER**