

# MEMORANDUM

**The City of**
**OKLAHOMA CITY**
Department of Court Administration

**TO:** Melissa Jackson
Unit Operations Leader

**FROM:** Becca Jessop
Court Services Manager

**DATE:** February 22, 2012

**SUBJECT:** Notification of Pre-Determination Meeting

This memorandum serves as notice to you that a pre-determination meeting will be conducted on Wednesday, February 29, 2012 at 1:00 p.m. in the Municipal Court Small Conference room. You are invited to attend the meeting, and you may bring a representative of your choice with you to the meeting if you desire. You are not required to attend this meeting; however, in the event you elect to forego participation, management reserves the right to make a decision concerning possible disciplinary or administrative action without your input.

The meeting is being conducted to give you the opportunity to respond to the allegation that you have violated City Personnel Policies by being absent without permission or approved leave for the following dates:

| | |
|---|---|
| February 21, 2012 | 9:00 am to 4:00 pm |
| February 22, 2012 | 7:00 am to 4:00 pm |
| February 23, 2012 | 7:00 am to 4:00 pm |
| February 24, 2012 | 7:00 am to 4:00 pm |

On the above-mentioned dates you called and indicated that you were sick and you did not appear for work. You do not have sick leave to use for this time. You were told when you called in on February 22nd, 23rd, and 24th, 2012 that your absence for each of these days was unexcused and that no leave was being granted to you.

The alleged policy violations include:

1203.01 Violation of the Charter, Ordinances, administrative policy, rule, or regulation of the City, Department, division, or work section.

1203.05 Unexcused absence, absence from work without permission, or failure to report any absence to the designated authority.



1203.06 Three (3) consecutive work days of unexcused absence is considered job abandonment and shall result in termination.

It is important to note that no decision concerning disciplinary or administrative action has been made. A decision will be made only after considering any information you provide in the meeting.

pc: Stacey Davis, Court Administration Director
John Smith, Personnel Specialist



7010 0290 0003 4917 3233

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

RECEIVED FEB 25 2012

Sent To Melissa Jackson
Street, Apt. No.; or PO Box No. 11541 Village AVE
City, State, ZIP+4 Midwest City, OK 73130

PS Form 3800, Au... Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Melissa Jackson
11541 Village AVE
Midwest City, OK 73130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Melissa J... ☐ Agent ☐ Addressee

B. Received by (Printed Name) Melissa Jackson C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIDWEST CITY OK FEB 2012 USPS 73110

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7010 0290 0003 4917 3233

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540