


RECEIVED
MAR ~~ 2012
Personnel Department

## City of Oklahoma City
### SPECIFIC OCCURRENCE PERFORMANCE REPORT (SOPR)

Empl. ID & Name: __27101   Melissa Jackson__          ____ Commendation

Department: __Municipal Courts__                      ____ Reprimand

Job Title: __Unit Operations Leader I__               _X_ Other-Termination

Date: __February 29, 2012__                           ____ Constructive Action
                                                      (check if you desire)

**NOTE: Give specific details of incident and action taken**

The following is presented for record of a specific occurrence involving the above-named employee.

> On the following dates you called and indicated that you were sick and you failed to appear for work.
>
> | | |
> |---|---|
> | February 21, 2012 | 9:00 am to 4:00 pm |
> | February 22, 2012 | 7:00 am to 4:00 pm |
> | February 23, 2012 | 7:00 am to 4:00 pm |
> | February 24, 2012 | 7:00 am to 4:00 pm |
>
> You did not have enough sick leave accrued to cover this time and you were not eligible to receive FMLA for these absences. You were informed when you called in on February 22nd, 23rd, and 24th, 2012 that your absence for each of these days was unexcused and that no leave was being granted to you.
>
> On February 29, 2012 a Pre-Determination meeting was conducted to provide you an opportunity to respond to the allegations that you have violated City Personnel Policies by being absent without permission or approved leave for the above-mentioned dates, which resulted in unexcused absences for those days.
>
> After reviewing the documentation and testimony at the Pre-Determination meeting, it has been determined that you have violated the City of Oklahoma City Personnel Policies, more specifically:
>
> 1203.01   Violation of the Charter, Ordinances, administrative policy, rule, or regulation of the City, Department, division or work section.
>
> 1203.05   Unexcused absence, absence from work without permission, or failure to report any absence to the designated authority.

**EXHIBIT 23**

| 1203.06 | Three (3) consecutive work days of unexcused absence is considered job abandonment and shall result in termination. |

Therefore, your employment with the Department of Court Administration for the City of Oklahoma City is hereby terminated effective immediately.

Reviewed as to Policy Compliance    _John E. Smith   2/29/2012_
                                     Personnel Specialist          Date

_Employee_ _____   _Division Head_  2/29/2012

_Stacey Davis   2-29-02_              _Personnel_  3/1/12
Department Head