PERSONNEL SERVICE BULLETIN 93-1

TO: All Department and Division Heads

FROM: Lloyd Rinderer
Personnel Director

DATE: January 14, 1993

SUBJECT: On the Job Injury Leave/Temporary Medical Leave

I. **PURPOSE**

A review of the current labor contracts and Personnel Policies shows a need to establish procedures in the treatment of on the job injury leave within the City. This policy shall establish consistency in the application of on the job injury leave, as well as temporary medical/extended illness leave in regard to employees in the management pay plan and employees covered by the AFSCME Collective Bargaining Agreement or equivalent non-represented positions. There may be instances in which the terms of the F.O.P. (Police) and I.A.F.F. (Fire) Collective Bargaining Agreements differ from these provisions, and those agreements will accordingly prevail in application and interpretation.

II. **POLICY**

The policy of the City of Oklahoma City is set forth in the Personnel Policies, as follows:

A. **Non-work Related Injury or Illness:**

Section 1010 - Temporary Medical/Extended Illness Leave

1010.01 It shall be the responsibility of the employee to submit information to the supervisor and Personnel Director (or designee) indicating the date disability commences and the expected date of return to work. Time off from work may be documented by the appropriate medical statement and may not exceed six (6) calendar months. The department may request a weekly update of any disability.

1010.02 Upon notification to the department head of an employee's intention to return to work, accrued sick leave may be allowed for the time of the actual disability. The department head shall grant an employee the use of vacation leave when all sick leave has been exhausted because of extended illness. When all sick and vacation leave has been exhausted, the department head with the approval of the Personnel Director may grant leave without pay for a period not to exceed six (6) months.


EXHIBIT 25

0Q0020

Page 2
PSB 93-1

1010.03 An employee may be granted a leave of absence after providing the supervisor and the Personnel Director (or designee) with a receipt of a doctor's statement explaining the employee is unable to work due to health-related reasons. If an interruption in service occurs as a result of a medical leave of absence, the time lapse during the interruption shall not be included as part of the probationary period.

B. On the Job Injury Leave:

Section 1012 - Injury Leave

1012.01 A permanent employee injured on the job shall be provided medical services and hospitalization in accordance with Workers' Compensation procedures approved by the City Council, and shall continue to receive regular salary, or rate of pay during absence from work, as approved by the department head and the Personnel Director (Risk Manager), but not to exceed a period of six (6) continuous calendar months from the day of injury; provided, court ordered disability compensation shall not duplicate City earnings.

1012.02 An accident involving injury connected with the work shall be reported by the employee to his/her supervisor within twenty-four (24) hours or next working day, of such injury. Failure to do so, or to follow Workers' Compensation procedures, may serve as just grounds for denying any resulting claims against the City.

1012.03 No injury leave shall be allowed for any injury incurred while working for another employer, nor shall an employee so injured receive treatment under the approved Workers' Compensation procedures.

1012.04 It shall be the duty of the Personnel Director (Risk Manager) to make denial determinations under this policy. Reference should be made to the most recent Personnel Service Bulletin regarding Workers' Compensation procedures.

Except as set forth in current or subsequent collective bargaining agreements, these policies will apply for all City employees, effective upon City Council approval, July 9, 1991. No employee shall be authorized to receive benefits in excess of those set forth above. An employee must return to work in a full-duty capacity within six (6) calendar months of any personal injury/extended illness or on the job injury in order to remain on City payroll.

000021