

# MEMORANDUM

The City of
OKLAHOMA CITY

Council Agenda
Item No. IX. J.
7/9/91

**TO:** Mayor and City Council

**FROM:** Donald D. Bown, City Manager DDB

**Resolution amending the City's Personnel Policies.**

Background

The City Council approved the last major revision to the Personnel Policies in 1983. There have been three amendments approved by Council since 1983. Over a period of time, laws at the State and Federal level and City Ordinances change. Also, new personnel administration issues arise and policies may become outdated and in need of revision.

After a process of thorough study and review, the attached Personnel Policies Amendments are presented for your consideration. There are basically three types of amendments proposed. The first consists of minor changes to references, clarifications of intent or updates. For example, in Section 105.02 a reference is amended to include the Oklahoma Open Records Act.

A second type of change relates to additions or deletions to improve efficiency in the administration of the Personnel Policies, such as Section 503 which will allow the Personnel Director to delegate custody of tests to department heads.

A third variety of amendment relates to the proposal of a new policy. Section 214 proposes inclusion of a Nepotism Policy and Section 210.01.03 creates a new class of management employee, a regular part time employee.



A RESOLUTION ADOPTING AND AMENDING THE PERSONNEL POLICIES OF THE CITY OF OKLAHOMA CITY PROVIDING DISTRIBUTION TO PERSONNEL AND AN EFFECTIVE DATE.

WHEREAS, The Council of The City of Oklahoma City has determined that the Personnel Policies of The City of Oklahoma City should be amended; and

WHEREAS, the Personnel Director has reviewed and rewritten The City of Oklahoma City Personnel Policies to provide expanded and effective personnel regulations; and

WHEREAS, the policies which are attached hereto form the basis for a more effective and definitive policy which will affect the respective department and division personnel administration; and

WHEREAS, this action is desirable and deemed to be in the best interest of the City, its administration and its employees in that it will provide better and more effective service to the public.

NOW, THEREFORE, BE IT RESOLVED that the policies of the Personnel Department of The City of Oklahoma City be amended in conformance to the attached policies in the following areas:

a. General policies and provisions

b. Employment with The City of Oklahoma City

c. Classification of employees of The City of Oklahoma City

d. Compensation of employees of The City of Oklahoma City

e. Examinations of employees of The City of Oklahoma City

f. Eligible lists for employment positions

g. Certification and appointment

h. Probation of employees of The City of Oklahoma City

i. Hours of work of employees of The City of Oklahoma City

j. Benefits to employees of The City of Oklahoma City

k. Separation and discipline of employees

l. Records and reports

m. Appeals and grievances

n. Emergency personnel policies.

**BE IT FURTHER RESOLVED** that the City Manager is directed to disseminate the Personnel Policies to all department and division personnel and said policies are to be in effect as of July 9, 1991.

**ADOPTED AND APPROVED** on the 9 day of July, 1991.

THE CITY OF OKLAHOMA CITY

[signature]

MAYOR

ATTEST: [signature]

City Clerk

**APPROVED** as to form and legality this 5th day of July, 1991.

[signature]

Assistant Municipal Counselor

PERSONNEL POLICIES 7/9/91

PAGE

ARTICLE 100 GENERAL POLICIES AND PROVISIONS . . . 1

Section 101 - Authority. . . . . . . . . . . 1
102 - Scope . . . . . . . . . . 1
103 - Interpretation of Personnel Policies . . 1
104 - Conflict . . . . . . . . . 1
105 - Personnel Records . . . . . . . . 2
106 - Fair Employment Policy . . . . . . 2
107 - Employee Ethics . . . . . . . 2
108 - Political Activity . . . . . . . 4
109 - Conflict of Interest . . . . . . . 4
110 - Interest in City Contracts . . . . . 5
111 - Solicitations . . . . . . . . . 5

ARTICLE 200 EMPLOYMENT 6

Section 201 - Residency. . . . . . . . . . . 6
202 - Age Requirements . . . . . . . . 7
203 - Employment Placement Policy . . . . . 7
204 - Personnel Recruitment. . . . . . . 8
205 - Relocation Expenses . . . . . . . 9
206 - Falsification . . . . . . . . . 9
207 - Arrest and Conviction Records. . . . . 9
208 - Physical Examinations. . . . . . . 10
209 - Employment Classification . . . . . 11
210 - Employee Orientation . . . . . . . 12
211 - Loyalty Oath . . . . . . . . . 12
212 - Cross Training . . . . . . . . 13
213 - Nepotism . . . . . . . . . . 13

ARTICLE 300 CLASSIFICATION 14

Section 301 - The Classification Plan . . . . . . 14
302 - Maintenance of the Classification Plan. . 14
303 - Purpose of the Classification Plan . . 14
304 - Classification and Allocation of Positions 14
305 - Classification Changes . . . . . . 15
306 - Classification Specifications . . . 16

**ARTICLE 400 COMPENSATION** 17

Section 401 - The Compensation Plan . . . . . . . 17
402 - Administration of the Compensation Plan . 17
403 - Assignment of Salary Ranges . . . . 17
404 - Standards for Determination of Pay Ranges 18
405 - Maintaining the Compensation Plan. . . 18
406 - Application of the Compensation Plan . . 18
407 - Entrance Salary . . . . . . . 18
408 - Pay Range Adjustments . . . . . 19
409 - Salary Advancements . . . . . . 20
410 - Denial of Salary Advancements . . . 21
411 - Denial of Appeal of Salary Advancement . 22
412 - Pay Review (Anniversary) Dates . . . 22
413 - Payroll Authority . . . . . . 22
414 - Payroll Deductions . . . . . . 22
415 - Total Compensation . . . . . . 23
416 - Dual Employment . . . . . . . 23
417 - Time Records . . . . . . . . 23
418 - Exempt and Non-Exempt Classifications . 23
419 - Compensatory Time and Overtime . . . 24
420 - Unexcused Absences . . . . . . 25
421 - Temporary Assignments . . . . . 25
422 - Reimbursements . . . . . . . 26
423 - Other Allowances . . . . . . . 26
424 - Termination Pay . . . . . . . 26
425 - Employee Service Ratings . . . . . 27

**ARTICLE 500 EXAMINATIONS** 28

Section 501 - Character and Scope . . . . . . 28
502 - Development and Selection of Tests . . 28
503 - Custody of Tests . . . . . . . 28
504 - Entrance Examinations. . . . . . 29
505 - Promotional Examinations . . . . . 29
506 - Qualifying Examinations . . . . . 29
507 - Competitive Examinations . . . . . 29
508 - Admission to Examinations . . . . 29
509 - Prior Qualifications . . . . . . 30
510 - Closing Dates . . . . . . . . 30
511 - Eligible Lists . . . . . . . . 30
512 - Criteria for Eligibility . . . . . 30
513 - Evaluation Techniques and Procedures . . 31
514 - Eligibility for Lower Class . . . . 31
515 - Probationary Employees . . . . . 31
516 - Restrictions . . . . . . . . 31
517 - Errors . . . . . . . . . 32

**ARTICLE 600 ELIGIBLE LISTS** 33

Section 601 - Definition . . . . . . . . . 33
602 - Authority . . . . . . . . . 33
603 - Ranking . . . . . . . . . 33
604 - Duration of Eligible Lists . . . . . 33
605 - Use of Comparable Lists . . . . . . 34
606 - Availability of Eligibles . . . . . 35

**ARTICLE 700 CERTIFICATION AND APPOINTMENT** 36

Section 701 - Employment Process Authority . . . . 36
702 - Vacancies and Personnel Requisitions . . 36
703 - Applicant Referral . . . . . . . 36
704 - Order of Certification . . . . . . 37
705 - Conditional Availability . . . . . 37
706 - Appointment from Eligible List . . . 37
707 - Notification by Appointing Authority . . 38
708 - Rejection of Candidates . . . . . 38

**ARTICLE 800 THE PROBATION PERIOD** 39

Section 801 - Definition . . . . . . . . . 39
802 - Dismissal During Probationary Period . . 39
803 - No Appeal By Probationary Employees . . 39
804 - Promotional Probation - Definition . . 39
805 - Demotion During Probationary Period . . 40
806 - Lateral Transfer During Probationary Period 40

**ARTICLE 900 HOURS OF WORK** 41

Section 901 - Hours of Work . . . . . . . . 41
902 - Rest Periods . . . . . . . . 41
903 - Unexcused Absences . . . . . . . 41

**ARTICLE 1000 EMPLOYEE BENEFITS** 42

Section 1001 - Holidays . . . . . . . . . . 42
1002 - Vacation Leave . . . . . . . . 43
1003 - Bonus Days . . . . . . . . . 44
1004 - Personal Leave . . . . . . . . 44
1005 - Emergency Leave . . . . . . . . 45
1006 - Military Leave . . . . . . . . 45
1007 - Jury Service/Court Leave . . . . . . 46

1008 - Voting Leave . . . . . . . . 47
1009 - Sick Leave . . . . . . . . . 47
1010 - Temporary Medical Leave . . . . . . 49
1011 - Extended Illness . . . . . . . . 49
1012 - Injury Leave . . . . . . . . 50
1013 - Insurance Benefits . . . . . . . 50
1014 - City Provided Automobiles . . . . 51
1015 - Credit Union . . . . . . . . 51
1016 - Employee Organizations . . . . . 52

**ARTICLE 1100 SEPARATION AND DISCIPLINARY ACTIONS** 53

Section 1101 - Resignations. . . . . . . . . 53
1102 - Procedure Guide . . . . . . . . 53
1103 - Cause for Dismissal or Disciplinary Action 53
1104 - Reprimand . . . . . . . . . 56
1105 - Suspension . . . . . . . . . 56
1106 - Demotion . . . . . . . . . 57
1107 - Reduction In Force/Lay-Off . . . . . 57

**ARTICLE 1200 RECORDS AND REPORTS** 58

Section 1201 - Personnel Records. . . . . . . 58
1202 - Personnel Actions. . . . . . . . 58
1203 - Miscellaneous Reports . . . . . . 58
1204 - Confidential Files & Records . . . . 58

**ARTICLE 1300 APPEALS AND GRIEVANCES** 60

Section 1301 - Grievance Review Board . . . . . 60
1302 - Grievance Appeals . . . . . . 60
1303 - Supervisory Management Employees. . . 60
1304 - Final Authority . . . . . . . . 61
1305 - Grievance Policy and Procedure . . . 61

**ARTICLE 1400 EMERGENCY PERSONNEL POLICIES** 65

Section 1401 - Job Action . . . . . . . . . 65
1402 - Right to Work . . . . . . . . 65
1403 - Excused Sick Leave . . . . . . . 66
1404 - Availability of City's Clinic . . . 66

1009.03.3 Following any period of illness of three working days or more, the department head may require the employee to present a written statement from a duly licensed physician approving the employee's return to work and resumption of normal duties.

1009.03.4 The City and/or department head may make inquiry, require a physician's statement, or otherwise investigate any sick leave circumstances at any time. Abuse of sick leave shall be considered as just grounds for disciplinary action, including dismissal.

1009.04 Termination - Payment for the sick leave balance shall be made as follows:

(a) Employees not covered under bargaining unit agreements approved by Council: fifty (50) percent of the sick leave balance shall be paid to the employee at time of retirement, vesting, voluntary resignation, or disability allowance; provided that, the fifty (50) percent maximum payment will be reduced two and one-half (2 1/2) percent for each year less than twenty (20) years of creditable service.

1009.05 ~~Advanced Sick Leave - Employees may not be granted sick leave in advance, except with the written approval of their department head and the City Manager. Such approval must be obtained prior to submission of the time record for the pay period(s) for which the advance was authorized.~~

1009.05.1 ~~If prior approval has not been obtained for advance sick leave, the employee's pay shall be docked for any sick leave credit balance existing at the end of the pay period for which excess usage was reported.~~

1009.05.2 The Personnel Director will be responsible for authorizing advance sick leave. Written requests for advanced sick leave should be forwarded to the Personnel Director in duplicate. Upon approval or denial a copy of the request will be placed in the employee's personnel file and the original returned to the department head.

~~1009.06~~ 1009.05 In the event of sickness or injury to a member of an employee's immediate family residing in the employee's residence which is serious enough to warrant the presence of the employee, the employee may be allowed to use personal sick leave to a maximum of three (3) days, or shall be charged according to the appropriate labor agreement. The City may require proof of such need for the employee's presence.

~~Section 1010 - Maternity Leave~~

~~1100.01 - Pregnancy shall be considered a temporary disability. An employee may use maternity leave when upon doctor's advice it is necessary to leave work due to health related reasons.~~

~~1010.02 It shall be the responsibility of the employee to submit information to the department head and the Personnel Director indicating the date disability commences and the expected date of return to work. (Normally six weeks.)~~

~~1010.03 Maternity Leave - Upon notification to the department head of an employee's intention to return to work after pregnancy, accrued sick leave shall be allowed for the time of the actual disability.~~

~~1010.04 Extended Maternity Leave - Vacation leave and leave without pay may be used for additional time needed.~~

Section 1010 - Temporary Medical Leave

1010.01 It shall be the responsibility of the employee to submit information to the supervisor and Personnel Director or designee indicating the date disability commences and the expected date of return to work. Time off from work may be documented by the appropriate medical statement and may not exceed six (6) calendar months. The department may request a weekly update of any disability.

1010.02 Upon notification to the department head of an employee's intention to return to work, accrued sick leave may be allowed for the time of the actual disability. The department head shall grant an employee the use of vacation leave when all sick leave has been exhausted because of extended illness. When all sick and vacation leave has been exhausted, the department head with the approval of the Personnel Director may grant leave without pay for a period not to exceed six (6) months.

1010.03 An employee may be granted a leave of absence after providing the supervisor and the Personnel Director or designee with a receipt of a doctor's statement explaining the employee is unable to work due to health-related reasons. If an interruption in service occurs as a result of a medical leave of absence, the time lapse during the interruption shall not be included as part of the probationary period.

Section 1011 - Extended Illness

The department head with the approval of the Personnel Director may grant an employee the use of vacation leave when all sick leave has been exhausted because of extended illness. When all sick and vacation leave has been exhausted, the department head may grant leave without pay for a reasonable period of time.